# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Val Popescu

                V.                          **JUDGMENT IN A CIVIL CASE**

4Access Communications, Inc.

                                              CASE NUMBER:    07cv63-JM(AJB)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that motion to dismiss is granted. This action is dismissed for improper venue ..................................
........................................................................................................................................................

| March 27, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                                     S/ T. Lee
                                                                     (By) Deputy Clerk

                                                                     ENTERED ON March 27, 2007